# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL SPOSITI, | : |
| Plaintiff, | : Civ. No. 16-2448 (RBK) (KMW) |
| v. | : |
| DR. HELEN REYCHECK, et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff was previously incarcerated and filed a civil rights complaint as well as an application to proceed *in forma pauperis*. His complaint and *in forma pauperis* application were received by this Court on May 2, 2016. Subsequently, however, mail that was sent to plaintiff at his address of record was returned to this Court on May 11, 2016. (*See* Dkt. No. 2) Thereafter, on July 11, 2016, this Court administratively terminated this case as plaintiff had failed to update this Court with his new address of record.

Over nine months after this case was administratively terminated, plaintiff filed a notice of a change of address with this Court and this case was reopened by the Clerk. Plaintiff's new address indicates that he is no longer incarcerated. Therefore, before this case can move forward, and in light of plaintiff's release from incarceration, he shall be ordered to either pay the filing fee of $400.00 or submit an updated complete application to proceed *in forma pauperis* by a non-prisoner. Failure to do either within the time allotted may result in this case being re-administratively terminated.

Accordingly, IT IS this  19th  day of April, 2017,

ORDERED that plaintiff shall have thirty (30) days from the date of this Order to either pay the $400.00 filing fee or submit a complete updated application to proceed *in forma pauperis* supplied by the Clerk; and it is further

ORDERED that plaintiff's failure to pay the $400.00 filing fee or submit a complete updated application to proceed *in forma pauperis* within thirty (30) days of the date of this Order may result in this matter being re-administratively terminated; and it is further

ORDERED that the Clerk shall serve this Order and an application to proceed *in forma pauperis* by a non-prisoner (AO 239) on plaintiff by regular U.S. mail.

                                                  s/Robert B. Kugler
                                                  ROBERT B. KUGLER
                                                  United States District Judge