# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIEL SPOSITI, | : | |
| Plaintiff, | : | Civ. No. 16-2448 (RBK) (KMW) |
| v. | : | |
| DR. HELEN REYCHECK, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff proceeding *pro se* with a civil rights complaint. Previously, this matter was administratively terminated as Plaintiff had failed to provide this Court with his updated address. Plaintiff has now provided this Court with his updated address and this case was reopened.

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915. This case is subject to *sua sponte* screening by the Court, and the Complaint will be screened in due course.

Therefore, IT IS this   12th   day of May, 2017,

ORDERED that Plaintiff's application to proceed *in forma pauperis* is hereby granted; and it is further

ORDERED that the Complaint shall be filed; and it is further

ORDERED that **SUMMONS SHALL NOT ISSUE**, at this time, as the Court's *sua sponte* screening has not yet been completed; and it is further

ORDERED that the time to serve process under FED. R. CIV. P. 4(m) is hereby extended to the date 90 days after the Court permits the Complaint to proceed; and it is further

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular U.S. mail.

        s/Robert B. Kugler
        ROBERT B. KUGLER
        United States District Judge